# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LOREN RESHAWN MICKEY,

    Plaintiff,

v.                                              Case No. 3:18-cv-800-J-32JBT

GARY P. FLOWER,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2). On August 22, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 7) recommending that the Motion be denied and the case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 7), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 7) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. This case is **DISMISSED without prejudice**.

4. The Clerk shall terminate any pending motions and deadlines and then close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of September, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record